# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of TEXAS

United States of America )
v. )
JUAN RAMIREZ ) Case No. H-16-1349 m
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 9/22/16

_____
Defendant's Signature

_____
Signature of defendant's attorney

DAVID ADLER 00923150
Printed name and bar number of defendant's attorney

6750 W. LOOP S. #120 BELLAIRE TX. 77401
Address of defendant's attorney

DAVIDADLER1@HOTMAIL.COM
E-mail address of defendant's attorney

713/666-7576
Telephone number of defendant's attorney

713/665-7070
FAX number of defendant's attorney