USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

USAO Number: 2015R24080
Magistrate Number: H16-1349M

United States Courts
Southern District of Texas
FILED

OCT 1 1 2016

David J. Bradley, Clerk of Court

No. H-16-004-S2

**SECOND SUPERSEDING INDICTMENT** Filed

Judge: Melinda Harmon

**UNITED STATES of AMERICA**
VS.

ATTORNEYS:
KENNETH MAGIDSON, USA          (713) 567-9000

Casey MacDonald, AUSA          (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| LEONEL MATA LUNA (Cts. 1-7) | ☐ | ☐ |
| AKA "LEO" | ☐ | ☐ |
| CHRISTIAN ROMERO OSEGUERA (Cts. 1 & 4) | ☐ | ☐ |
| AKA "CRISPY" | ☐ | ☐ |
| EDWARD MAHAN (Cts. 1 & 4) | ☐ | ☐ |
| JORGE ALEJANDRO RANGEL-PLATTNER (Cts. 1-3 & 7) | ☐ | ☐ |
| EDNA KARLA JACOBO-MARTINEZ (Cts. 1-3 & 7) | ☐ | ☐ |
| RAYNER RODRIGUEZ-BELTRAN (Cts. 1-3 and 6) | ☐ | ☐ |
| JUAN ANTONIO RAMIREZ (Ct. 3) | ☐ | ☐ |
| AKA "GRENAS" | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Ct. 1: Conspiracy to possess with intent to distribute a quantity of at least 5 kilograms of cocaine [21 USC 846, 841(a)(1) and 841(b)(1)(A)]

Ct. 2: Conspiracy to import a quantity of at least 5 kilograms of cocaine [21 USC 963, 952(a), 960(a)(1), 960(b)(1)]

Ct. 3: Conspiracy to launder monetary instruments [18 USC 1956(a)(2)(A) and (h)]

Ct. 4: Possession with intent to distribute a quantity of at least 500 grams of cocaine [21 USC 841(a)(1), 841(b)(1)(B) and 18 USC 2]

Ct. 5: Possession with intent to distribute a quantity of at least 5 kilograms of cocaine [21 USC 841(a)(1), 841(b)(1)(A) and 18 USC 2]

Ct. 6: Possession with intent to distribute a quantity of at least 100 grams of cocaine [21 USC 841(a)(1), 841(b)(1)(B) and 18 USC 2]

Ct. 7: Possession with intent to distribute a quantity of at least 5 kilograms of cocaine [21 USC 841(a)(1), 841(b)(1)(A) and 18 USC 2]

CHARGE:
(TOTAL)
(COUNTS:)
( 7 )

_____
_____
_____
_____
_____
_____
_____

**PENALTY:**

Cts. 1, 2, 5 & 7: 10 years up to life imprisonment; up to $10,000,000 fine; at least 5 years SRT.

Ct. 3: No more than 20 years imprisonment; fine not greater than $500,000 or twice the value of money laundered; at least 3 years SRT.

Cts. 4, & 6: Between 5 and 40 years imprisonment and/or a $5,000,000 fine and at least a 4 year SRT as to each count.

☑ In Jail Rayner Rodriguez-Beltran

**NAME & ADDRESS of Surety:**

☑ On Bond Juan Antonio Ramirez and Edward Mahan

☑ No Arrest Leonel Luna, Christian Romero Oseguera, Jorge Alejandro Rangel-Plattner, Edna Karla Jacobo-Martinez,

**PROCEEDINGS:**

_____
_____
_____
_____
_____
_____