Case 4:16-cr-00004   Document 167   Filed in TXSD on 12/21/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 21, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
vs. § CRIMINAL NO. 16-004-10
§
JUAN ANTONIO RAMIREZ §

## ORDER FOR PSI, DISCLOSURE DATE, AND SETTING SENTENCING

The defendant having been found guilty to Count Three of the Superceding Indictment, it is ORDERED that a presentence report be prepared and that:

1. By **May 19, 2017**, the initial presentence report will be disclosed to counsel. (Approximately 35 days after determination of guilt.)

2. By **June 2, 2017**, counsel shall file either:
   (14 days after disclosure date)

   a. Objections in writing to the facts of the offense and application of the sentencing guidelines; or

   b. A statement that there is no objection.

3. By **June 16, 2017**, the probation officer shall submit to the judge the final presentence report with an addendum addressing contested issues.
   (14 days after time for objections)

4. Sentencing is set for **June 30, 2017**, at **10:00** a.m.
   (no sooner than 35 days from initial disclosure date)

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with a written notice to the probation officer.

6. The defendant shall comply with instructions on the second page of this order.

Signed this 21st of day of December, 2016.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE

cc: AUSA
    Defense Counsel
    U.S. Probation
    USMS

## INSTRUCTIONS

You are instructed to report immediately with this form to the United States Probation Department, Room 2301, 2nd Floor, 515 Rusk Avenue, Houston, Texas, for further instructions by a United States Probation Officer.

Should you receive this form after 5:00 p.m., you are instructed to report to the Probation Department no later than 10:00 a.m., the following workday. If for any reason you are unable to keep this appointment, you are directed to contact the Probation Department by phone (713-250-5266) to make other arrangements.

If you are currently in custody, a U. S. Probation Officer will contact you. Should you be released prior to receiving contact from the probation officer, you are to contact the Probation Department no later than the end of the next working day following your release.

Failure to follow these instructions will result in the Court being notified for appropriate action.

Additional Instructions:_____

_____

_____.

*************************************************************************

### TO BE COMPLETED BY PROBATION STAFF,

Defendants' Address and telephone number:

_____

_____

_____

_____