United States District Court
Southern District of Texas
**ENTERED**
August 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARRIS COUNTY, TX, *et al*, § | |
| § | |
| Movants, § | |
| VS. § | CRIMINAL ACTION NO. 4:16-CR-4-10 |
| § | |
| JUAN ANTONIO RAMIREZ; aka GRENAS, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Amend Conditions of Release (Doc. 360), requesting removal of Defendant's ankle monitor and curfew. The Court notes that the Assistant United States Attorney and U.S. Probation Officer are unopposed to the change in these conditions of release. Therefore, it is

ORDERED that Defendant's motion is GRANTED and his ankle monitor be removed and curfew adjusted accordingly.

SIGNED at Houston, Texas, this 20th day of August, 2018.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1 / 1